IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
| UNITED STATES OF AMERICA | * |  |
| v. | * | Criminal No. RWT-11-0614 |
| CHRISTOPHER MYERS | * |  |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Christopher Myers, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in open court on January 2, 2013 and by written judgment on January 14, 2013 (Doc. 108).

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

/S/
_____

January 15, 2013
Date

LaKeytria W. Felder
Assistant Federal Public Defender #93579
Julie L.B. Johnson
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: lakeytria_felder@fd.org